IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV1-MU

| | | |
|---|---|---|
| FANNIE BROWN BURFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MURRAY WALKER, et *al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon its own motion. This action was filed by the *pro se* Plaintiff on January 2, 2008. It appears that the Defendants have never been served. There has been no action in this case since September 2, 2008, when the Plaintiff wrote the court asking for "a little more time to find all the parties that have injured me!" On March 16, 2009, the court entered an Order directing the Plaintiff to show proof of service within ten days or the court would dismiss this action without prejudice. The Plaintiff has failed to comply with the court's Order. Accordingly,

IT IS THEREFORE ORDERED that this matter is hereby dismissed without prejudice.

Signed: April 20, 2009

Graham C. Mullen
United States District Judge